UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1695 |
| | ) | |
| vs. | ) | ORDER |
| Ernesto Amparo Ceja | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/**Magistrate Judge**, CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Luis Miguel Medina-Soto

DATED: 6/11/2008

RECEIVED
2008 JUN 11 A 9:33
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

CATHY ANN BENCIVENGO

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
     DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by /s/ 
Deputy Clerk
K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082